In re PUTNAM. (Supreme Court, Appellate Division, First Department. December 10, 1915.) In the matter of Robert M. S. Putnam.

No opinion. Referred to Hon. Henry A. Gildersleeve, official referee. Settle order on notice.